# United States Court of Appeals
## For the First Circuit

No. 09-2270

BRIAN K. MILWARD AND LINDA J. MILWARD,

Plaintiffs, Appellants,

v.

ACUITY SPECIALTY PRODUCTS GROUP, INC., ET AL.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on March 22, 2011 is amended as follows:

On page 18, lines 9-10, "consistent with causality" is changed to "which although not statistically significant was consistent with causality".

On page 19, lines 1-2, "cause the type of chromosomal damage characteristic of APL" is changed to "cause the general types of cellular damage that are known to cause APL".

On page 29, lines 5-9, "in which the few studies that differentiate between AML and APL do not offer conclusive statistically significant evidence either way, in part because the rarity of APL makes it nearly impossible to perform a large enough study" is changed to "in which there is a lack of statistically significant epidemiological evidence, and in which the rarity of APL and difficulties of data collection in the United States make it very difficult to perform an epidemiological study of the causes of APL that would yield statistically significant results".

On page 29, footnote 18, lines 1-2, "is not contested by defendants, and it" is deleted.